IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**TERESA J. STRASSER**,

      Plaintiff,

  v.

**BAC HOME LOAN SERVICING,** and
**RECONTRUST CORPORATION**,

      Defendants.

No. 3:11-cv-01432-JE

OPINION AND ORDER

**MOSMAN, J.**,

    On November 4, 2014, Magistrate Judge Jelderks issued his Findings and Recommendation ("F&R") [59] regarding Defendants' Motion for Judicial Notice and Summary Judgment. Judge Jelderks recommends that Defendants' request for judicial notice be granted and that their motion for summary judgment be granted as well. Neither party filed objections within the permitted time.

**DISCUSSION**

    The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

1 – OPINION AND ORDER

is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Jelderks's recommendation, and I ADOPT the F&R [59] as my own opinion.

IT IS SO ORDERED.

DATED this   24th   day of November, 2014.


/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

2 – OPINION AND ORDER